UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GENEVA HOLMES-JAMES,

                Plaintiff,

  v.

KING COUNTY COURT, et al.,

                Defendants.

CASE NO. C17-321RSL

**ORDER DECLINING TO REVIEW IFP APPLICATION AND GRANTING LEAVE TO CORRECT DEFICIENCIES**

Plaintiff filed an application to proceed *in forma pauperis* ("IFP"). Dkt. 1. The application is deficient because plaintiff did not date and sign the Written Consent for Payment of Costs Under Local Rule CR 3(b) section of the IFP form, and also failed to date the declaration portion of the IFP form. *See* Dkt.1 at 2. Plaintiff must correct this deficiency no later than **March 17, 2017**. Failure to correct the deficiency may result in a recommendation that this matter be dismissed.

    The Clerk shall provide a copy of this Order, plaintiff's original IFP application (Dkt. 1), and the Court's standard IFP form to plaintiff and to the Honorable Robert S. Lasnik.

//

//

//

ORDER DECLINING TO REVIEW IFP
APPLICATION AND GRANTING LEAVE TO
CORRECT DEFICIENCIES - 1

1  DATED this 3rd day of March, 2017.

2

3

4  _____
   BRIAN A. TSUCHIDA
   United States Magistrate Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER DECLINING TO REVIEW IFP
APPLICATION AND GRANTING LEAVE TO
CORRECT DEFICIENCIES - 2