UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GENEVA HOLMES-JAMES,

                Plaintiff,

  v.

KING COUNTY COURT, et al.,

                Defendants.

CASE NO. C17-321-RSL

**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**

      Plaintiff's application to proceed in forma pauperis (Dkt. 4) is **GRANTED**. Plaintiff may proceed without prepayment of costs or fees or the necessity of giving security therefore.

      The Clerk is directed to send a copy of this Order to plaintiff.

      DATED this 22nd day of March, 2017.

                                                                         _____
                                                                           BRIAN A. TSUCHIDA
                                                                               United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1