1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

GENEVA HOLMES-JAMES,

10

Plaintiff,

11

NO.  C17-321RSL

vs.

12

KING COUNTY COURT, et al.,

ORDER OF REFERENCE

13

Defendants.

Non-Dispositive Motion
Pending in Civil Case

14

The Court hereby refers to United States Magistrate Judge Brian A. Tsuchida,

15

pursuant to 28 U.S.C. §636(b)(1), Local Rule MJR 3, and Fed. R. Civ. P. 72(a), the following non-

16

dispositive motion pending before this Court:

17

Plaintiff's Application for Court-Appointed Counsel, Dkt. # 7.

18

The Magistrate Judge shall hear and determine such motion.  Any appeal from the

19

determinations of the Magistrate Judge shall be in accordance with Fed. R. Civ. P. 72(a), 28 U.S.C.

20

§636(b)(1)(A) and Local Rule MJR 3(b).

21

22

DATED this 24th day of March, 2017.

23

24

25

Robert S. Lasnik
United States District Judge

26

27

28

ORDER OF REFERENCE