UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GENEVA HOLMES-JAMES,<br><br>                     Plaintiff,<br><br>     v.<br><br>KING COUNTY COURT, et al.,<br><br>                     Defendants. | CASE NO. C17-321-RSL<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL** |

Geneva Holmes-James, proceeding *pro se* and *in forma pauperis*, has filed a motion for appointment of counsel. Dkt. 7. The motion has been referred to the undersigned United States Magistrate Judge. Dkt. 8. For the following reasons, the Court **DENIES** the motion **without prejudice**.

There is no right to have counsel appointed in civil cases. The Court may appoint counsel for indigent civil litigants under 28 U.S.C. § 1915(e)(1), but should do so only under "exceptional circumstances." *Agyeman v. Corrections Corp. of Am.*, 390 F.3d 1101, 1103 (9th Cir. 2004). A finding of exceptional circumstances requires an evaluation of both the likelihood of success on the merits and the ability of the plaintiff to articulate her claims *pro se* in light of the complexity of the legal issues involved. *Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983). At this early point, Ms. Holmes-James' complaint presents insufficient evidence

ORDER DENYING PLAINTIFF'S MOTION
FOR APPOINTMENT OF COUNSEL - 1

1  indicating that there is a likelihood of success on the merits.  She has therefore not presented

2  exceptional circumstances that would justify the appointment of counsel at this time.

3  Accordingly, Ms. Holmes-James' motion to appoint counsel is **DENIED with without**

4  **prejudice**.  She may renew her application in the future if exceptional circumstances arise.  Any

5  renewal should include a complete application for court-appointed counsel.

6      The Clerk is directed to send copies of this Order to plaintiff and to the Honorable Robert

7  S. Lasnik.

8

9      DATED this 24th day of March, 2017.

10

11  _____

    BRIAN A. TSUCHIDA

12      United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

ORDER DENYING PLAINTIFF'S MOTION
FOR APPOINTMENT OF COUNSEL - 2