UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GENEVA HOLMES-JAMES,

    Plaintiff,

v.

KING COUNTY COURT, *et al.*,

    Defendant.

CASE NO. C17-0321RSL

ORDER DENYING SECOND REQUEST FOR APPOINTMENT OF COUNSEL

On March 31, 2017, the Court gave plaintiff leave to file an amended complaint that clearly and concisely identifies the acts of which defendants are accused, how those acts violated plaintiff's legal rights, and the relief requested. Dkt. # 11. Rather than amend her pleading, plaintiff submitted a letter requesting appointment of counsel. Dkt. # 13.[1] Plaintiff's first request for counsel was denied because her complaint failed to provide sufficient facts showing that she was likely to succeed on the merits of her claim. Dkt. # 9. That deficiency still exists, and plaintiff has not shown exceptional circumstances that would warrant the appointment of counsel in this civil action.

Plaintiff's second request for the appointment of counsel is therefore DENIED.

---

[1] The letter was docketed after an order of dismissal was entered.

ORDER DENYING SECOND REQUEST
FOR APPOINTMENT OF COUNSEL

Dated this 16th day of May, 2017.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING SECOND REQUEST
FOR APPOINTMENT OF COUNSEL